JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABEL CASTILLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CROWN BUILDING MAINTENANCE CO. DBA ABLE SERVICE COMPANY, ABM INDUSTRIES, INC., SAUL GALVAN, DANIEL DORADO, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-09219-SPG-AS<br><br>**The Honorable Sherilyn Peace Garnett**<br><br>**ORDER JOINT STIPULATION TO REMAND TO STATE COURT AND DISMISS PLAINTIFF'S SEVENTH AND EIGHT CAUSES OF ACTION**<br><br>(Filed concurrently [Proposed] Order)<br><br>Action Filed: September 24, 2024 |

# ORDER

Pursuant to the Stipulation between Plaintiff ANABEL CASTILLO and Defendants CROWN BUILDING MAINTENANCE CO. dba ABLE SERVICE COMPANY and ABM INDUSTRIES, signed by their respective counsel of record, and for good cause shown, IT IS HEREBY ORDERED:

**Remand of Civil Action to the Superior Court of the State of California for the County of Los Angeles.**

1. The present civil action is remanded back to the Superior Court, County of Los Angeles;

2. Defendants shall not file a motion to remove the case to federal court and/or otherwise transfer the, nor shall Defendants file a motion to change the venue of the case, unless new grounds to remove or transfer the case are later added to the complaint by Plaintiff;

**Dismissal of Causes of Action**

3. Plaintiff shall amend her Complaint to dismiss the following causes of action with prejudice:

   a. Plaintiff's Seventh Cause of Action for Breach of Express Oral Contract not to Terminate Employment Without Good Cause

   b. Plaintiff's Eighth Cause of Action for Breach of Implied-In-Fact Contract not to Terminate Employment Without Good Cause;

///
///
///
///
///

## Further Amendment

4. Plaintiff shall amend her Complaint to correct Defendant's name from CROWN BUILDING MAINENANCE CO. dba ABLE SERVICE COMPANY to CROWN BUILDING MAINTENANCE CO dba ABLE SERVICES.

**IT IS SO ORDERED.**

Dated: December 13, 2024



The Honorable Sherilyn Peace Garnett
United States District Court Judge